Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Case No. 6:19-cv-2287-orl-037DCI

*(to be filled in by the Clerk's Office)*

Jerome L. Grimes, B.A.,

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☒ Yes  ☐ No

City of Orlando,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome L. Grimes |
| Address | P.O. Box 2433 |

| | | |
|---|---|---|
| eatonville | Florida | 32751 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Orange |
| Telephone Number | (219) 808-0306 |
| E-Mail Address | inprose@sbsdvd.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Orlando |
| Job or Title *(if known)* | Oralndo Police department |
| Address | 400 South Orange Avenue |

| | | |
|---|---|---|
| Orlando | florida | 32801 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Orange |
| Telephone Number | (219) 808-0306 |
| E-Mail Address *(if known)* | inprose@sbsdvd.com |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| | | |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    State Actor Negligence equal protection of the law clause violation, U.S. Constitution causing defamation as a criminal trespasser Baker Act Person.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

 The defendant's employees Officer, Robertson #: 17291, and Officer, Olson #: 30248, BOTH caused the plaintiff substantial financial harm, humiliation, and false detainment with malice, which defamed the plaintiff and caused the plaintiff to do Legal Work and in Pro Se, Independent Investigation WORK, instead of using that valuable time and money securing self-employment revenue monthly for adequate food, shelter, and clothing guaranteed by the U.S. Constitution safeguards of the 6th Amendment Rights.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

 WaWa Gas Station, in Orange County, at: 3100 So. Orange Avenue, Orlando, Florida 32806.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

 On, August 27, 2019, 02:21 P.M..

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

The employer defendant is held LIABLE for not adequately training the two above mentioned officers in the definition of perjury, duties of chain of custody of material investigative WaWa Gas Station, August 27, 2019, Gas Pump Areas Video Surveillance Security DVD's of the near fatal assault with a deadly weapon, and the defendant's employees' follow-up covert attack to further intimidate the plaintiff, from In Pro se, Independent Investigation Of The DVD Video surveillance security Tape Footage, which violated the Plaintiff, Jerome I. grimes' 6th, 9th, 14th, and 16th Amendment Rights, Rights To The Production, Gathering, and Preservation of exculpatory and exonerating evidence. The defendant's employees Officer, Robertson #: 17291, and Officer, Olson #: 30248, BOTH caused the plaintiff substantial financial harm, humiliation, and false detainment with malice, which defamed the plaintiff and caused the plaintiff to do Legal Work and in Pro Se, Independent Investigation WORK, instead of using that valuable time and money securing self-employment revenue monthly for adequate food, shelter, and clothing guaranteed by the U.S. Constitution safeguards of the 6th Amendment Rights, while simultaneously defaming the plaintiff's 1st Amendment Right, Right To Be Free From Defamation, U.S. Constitution. And all of this stems from the defendant's not properly training the above mentioned employees on their legal duties to be free from illegal deliberate indifference, to secure, stablize, and adequately collect video surveillance security dvd evidence that any reasonable officers of the law would behave in the same situation where a gun has been brandished and the way in which said handgun was brandish, as well as the INTENT of the brandished deadly handgun, while not relying on hearsay testimony or statements of the gunman with or without a covert rouse to get immunity from prosecution. This amounts to Negligence, due to improper training by the defendant of these two deliberate indifferent Orlando Police Officers, who in-fact based on the illegal suppressed with a conscious effort to conceal the, August 27, 2019, WaWa Gas Station, interior and EXTERIOR video surveillance security DVD footage, using a defaming Baker Act Rouse that further violated the plaintiff's 9th Amendment Right, Right To Acces To The Court With The Exonerating WaWa Gas Station video surveillance security DVD evidence, instead of being defamed as a criminal trespasser in violation of the Equal Protection Of The Law Clause of the U.S. Constitution. SEE: Orlando Police Report Number: 19-74219, Control #: 19-164902.

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The cause of the negligent unreasonable behavior of the defendant's employees on, August 27, 2019, caused the plaintiff to be subject to Cruel And Unusual Punishment in violation of the 8th Amendment Rights, U.S. Constitution, 3 Days of False Pretense Detainment Baker Act and Criminal Trespass at the time that the WaWa Gas Station Video surveillance Security DVD clearly showed that the gunman "STALKED" the plaintiff to the WaWa Gas Station on, August 27, 2019, with the INTENT to Attempt to Kill the plaintiff with a loaded handgun premeditated, deliberate, with knowledge of the plaintiff's social security number of the plaintiff, discovered through In Pro Se, Independent investigation of the gunman's license plate number COINCIDENTALLY also having the plaintiff's two MIDDLE SOCIAL SECURITY NUMBERS: "57" backwards as "75" in His/(Gunman's) Florida License Plate Number: KYU C75, which elevates this to clear negligence by shody criminal investigation at the crime scene with negligence to secure the crime scene GUNMAN Video Surveillance Security DVD.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I ask that the Court order the defendant's to CONTACT the WaWa Gas Station, at:  3100 So. Orange avenue, Orlando, Florida 32806, and "ASK" the supervisors there is there any factual basis for the CRIMINAL TRESPASS Against The Plaintiff, Jerome L. Grimes, and "if so" to ask the WaWa Gas station to Provide The, August 27, 2019, WaWa Gas Station's interior and EXTERIOR Gas Pump area Video Surviellance Security DVD for Investigative purposes.

And the plaintiff request that the defendant be ORDERED for safety and welfare pursuant to the equal protection of the law clause of the U.S. Constitution, to collect and produce a copy of that Afternoon, WaWa Gas Station Video surveillance security DVD, for criminal investigation purposes of the alleged GUNMAN in the ALLEGED Fatal Homicide Shooting Of the Young, Male, Vicitm, ANTHONY HENDLEY in Orange County, during the same morning of, August 27, 2019, that occurred COINCIDENTALY Hours "BEFORE" the Afternoon Hours Attempt of Unjustifiable Homicide against the in pro se, attorney/plaintiff at the HEREIN at issue, August 27, 2019, 02:00 P.M., Approximate Time, at the WaWa Gas Station, in Orange County, at:  3100 So. Orange Avenue, Orlando, Florida 32806.

At present the Gunman thinks that He/(Gunman) has rights to Invade the plaintiff's privacy with illegal technology with TERROR INTENT against the plaintiff, and that the plaintiff is a bum, criminal, and has no constitutional rights to be free from unjustifiable homicide attempts for "MORE THAN" the plaintiff's Land & Oil Estate Co-Inheritance in one of multiple state, including but not limited to the State of Louisiana.

The SUM Certain Damages:  $110,000.00 is requested for the imminent danger that the defendant's two unproperly trained employees caused the plaintiff extended temporary homelessness in the State of Florida by causing the plaintiff to spend (3) Three Days in the Baker Act Hospital, which was cruel and unusual punishment, 8th Amendment rights, violation of the u.S. Constitution, to Intimidate the In Pro Se, Attorney/Plaintiff from:  SEEING SOMETHING SAYING SOMETHING about the, August 27, 2019, Gunman that also caused the plaintiff to have defend himself for 9th Amendment Rights and 4th Amendment rights redress to bring Causes Of Action To Courts, instead of doing non-legal work in my self-employment career start-up and MBA Graduate School Work at Strayer university.  The time spent on In Pro se, Attorney WORK time robs the plaintiff from earning revenue through PAID INCOME WORK.  The plaintiff also had an opportunity to secure $108,000.00 SBA 7(a) Start-Up Loan, which has been DELAYED and DERAILED by the WORK/ LEGAL WORK in Civil Case #:  6:19-1811, and 6:19-1667, and the WORK/Legal WORK that it takes to prosecute this HEREIN case to cure DEFAMATION, Assert Rights To Be Free From Negligence In Protecting Plaintiff's "PRIVACY", 14th Amendment Rights, guaranteed by the U.S. Constitution, as well as Non-Defamed Brand Name of Self-Employment:  JEROME L. GRIMES' PRODUCTION, LLC., and the Self-Employment WORK Earned Income and Market Share Timing & Market Share of;  September, 2019 -through- December, 2019, That Has Been Lost in the Amount of Projected $75,000.00 EARNED INCOME through Direct Response Television Advertising & Sales of plaintiff's non-book DVD product, entitled:  "Too Sweet To Beat These Small Business Start-Up Informational Video DVD #1" within the Months of:  September -through-December. (2019)    (2019)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        November 26, 2019

Signature of Plaintiff        *Jerome L. Grimes*    In Pro Se
Printed Name of Plaintiff        Jerome L. Grimes,

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address